IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>Defendants. | No. C 17-05211 WHA<br>No. C 17-05235 WHA<br>No. C 17-05329 WHA<br>No. C 17-05380 WHA<br><br>**ORDER SHORTENING TIME FOR BRIEFING ON MOTION TO COMPLETE ADMINISTRATIVE RECORD** |

Plaintiffs' motion to complete the administrative record will be briefed and argued on the following schedule:

- Defendants shall file an opposition and a privilege log by **THURSDAY, OCTOBER 12, AT NOON**.

- Plaintiffs shall file a reply by **FRIDAY, OCTOBER 13, AT NOON**.

- A hearing is set for **MONDAY, OCTOBER 16, AT 11:00 A.M.**

Defendants shall bring to the hearing hard copies of all emails, internal memoranda, and communications with the Justice Department on the subject of rescinding DACA.

Dated: October 10, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE