CHAD A. READLER
Principal Deputy Assistant Attorney General
BRIAN STRETCH
United States Attorney
BRETT A. SHUMATE
Deputy Assistant Attorney General
JOHN R. TYLER
Assistant Branch Director
BRAD P. ROSENBERG (DC Bar #467513)
Senior Trial Counsel
STEPHEN M. PEZZI (DC Bar #995500)
KATE BAILEY (MD Bar #1601270001)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>Defendants. | CASE NO. 17-CV-05211-WHA<br><br>**NOTICE OF FILING OF PETITION FOR WRIT OF MANDAMUS AND APPLICATION FOR A STAY IN THE UNITED STATES SUPREME COURT** |

All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)
NOTICE OF FILING OF PET. FOR WRIT OF MANDAMUS & APP. FOR STAY IN SUPREME COURT

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF MAINE, STATE OF MARYLAND, and STATE OF MINNESOTA,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security, and the UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO. 17-CV-05235-WHA<br><br><br>**NOTICE OF FILING OF PETITION FOR WRIT OF MANDAMUS AND APPLICATION FOR A STAY IN THE UNITED STATES SUPREME COURT** |
| CITY OF SAN JOSE, a municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, ELAINE C. DUKE, in her official capacity, and the UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO. 17-CV-05329-WHA<br><br><br>**NOTICE OF FILING OF PETITION FOR WRIT OF MANDAMUS AND APPLICATION FOR A STAY IN THE UNITED STATES SUPREME COURT** |
| DULCE GARCIA, MIRIAM GONZALEZ AVILA, SAUL JIMENEZ SUAREZ, VIRIDIANA CHABOLLA MENDOZA, NORMA RAMIREZ, and JIRAYUT LATTHIVONGSKORN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, DONALD J. TRUMP, in his official capacity as President of the United States, U.S. DEPARTMENT OF HOMELAND SECURITY, and ELAINE DUKE, in her official capacity as Acting Secretary of Homeland Security,<br><br>Defendants. | CASE NO. 17-CV-05380-WHA<br><br><br>**NOTICE OF FILING OF PETITION FOR WRIT OF MANDAMUS AND APPLICATION FOR A STAY IN THE UNITED STATES SUPREME COURT** |

| | |
|---|---|
| COUNTY OF SANTA CLARA and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*; JEFFERSON BEAUREGARD SESSIONS, *in his official capacity as Attorney General of the United States*; and ELAINE DUKE, *in her official capacity as Acting Secretary of the Department of Homeland Security*; and U. S. DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　　Defendants. | CASE NO. 17-CV-05813-WHA<br><br>**NOTICE OF FILING OF PETITION FOR WRIT OF MANDAMUS AND APPLICATION FOR A STAY IN THE UNITED STATES SUPREME COURT** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on December 1, 2017, Defendants filed the attached Petition for a Writ of Mandamus to the United States District Court for the Northern District of California, as well as an Application for a Stay Pending Disposition of a Petition for a Writ of Mandamus and Request for an Immediate Administrative Stay, in the Supreme Court of the United States. Copies of the filings are attached hereto.

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**NOTICE OF FILING OF PET. FOR WRIT OF MANDAMUS & APP. FOR STAY IN SUPREME COURT**

| | |
|---|---|
| Dated: December 1, 2017 | Respectfully submitted,<br><br>CHAD A. READLER<br>Principal Deputy Assistant Attorney General<br><br>BRIAN STRETCH<br>United States Attorney<br><br>BRETT A. SHUMATE<br>Deputy Assistant Attorney General<br><br>JOHN R. TYLER<br>Assistant Branch Director<br><br>*/s/ Brad P. Rosenberg*<br>BRAD P. ROSENBERG (DC Bar #467513)<br>Senior Trial Counsel<br>STEPHEN M. PEZZI (DC Bar #995500)<br>KATE BAILEY (MD Bar #1601270001)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue N.W.<br>Washington, DC  20530<br>Phone: (202) 514-3374<br>Fax: (202) 616-8460<br>Email: brad.rosenberg@usdoj.gov<br><br>*Attorneys for Defendants* |